* United States Circuit Judge for the Federal Cir-

UNITED STATES of America, Plaintiff-Appellee,

v.

Charles Noel WOODWARD, Defendant-Appellant.

No. 81–1140.

United States Court of Appeals, Ninth Circuit.

March 19, 1985.

Andrea Sheridan Ordin, U.S. Atty., Carolyn Turchin, Asst. U.S. Atty., Los Angeles, Cal., for defendant-appellant.

Terry Amdur, Pasadena, Cal., for plaintiff-appellee.

Before KASHIWA,* FLETCHER, and NORRIS, Circuit Judges.

ORDER FOR PUBLICATION.

Our decision in this case, *United States v. Woodward*, 726 F.2d 1320 (9th Cir.1984) was reversed in so far as it reversed Woodward's 18 U.S.C. § 1001 conviction. ——

cuit, sitting by designation.

U.S. ——, 105 S.Ct. 611, 83 L.Ed.2d 518. Accordingly we affirm the district court except to the extent that it imposed as a part of Woodward's sentence the requirement that he inform any future employer of his criminal record. To that extent the sentence is void. *U.S. v. Woodley*, 726 F.2d 1328 n. 14 (9 Cir.1983). The mandate shall issue forthwith.